Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

John L. Badalamenti, appointed counsel for Simeon A. Huntley, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Huntley's conviction and sentence are **AFFIRMED.**

Before BIRCH, BLACK, and HILL, Circuit Judges.

PER CURIAM:

David J. Joffee, appointed counsel for Theodis Eugene Goodman, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Morse's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Theodis Eugene GOODMAN,**
**Defendant–Appellant.**

No. 06–15552

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 2, 2007.

David Jonathon Joffe, Joffe & Joffe, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cesar Augusto Enriquez OSORIO,**
**Defendant–Appellant.**

No. 06–16214

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 2, 2007.

Angela B. Wright, Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.